

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00395-CV

WALTER CARTER III                                                         APPELLANT

V.

VILLAGE CAPITAL &                                                         APPELLEE
INVESTMENT, LLC

----------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Walter Carter III has appealed from the trial court's judgment awarding possession of real property to Village Capital & Investment, LLC in a forcible detainer suit. Village Capital has filed a motion to dismiss in which it claims that the appeal is moot because Carter did not supersede the judgment and a writ of

---

[1]*See* Tex. R. App. P. 47.4.

possession has already been executed. Although this court requested that Carter respond to the motion, he has not done so.

An appeal in a forcible detainer action becomes moot upon execution of a writ of possession unless the defendant holds and asserts a meritorious claim of right to current, actual possession of the premises. *Marshall v. Housing Auth. of San Antonio*, 198 S.W.3d 782, 787–88 (Tex. 2006); *Brewer v. Green Lizard Holdings, L.L.C.*, No. 02-13-00119-CV, 2013 WL 5303064, at *1 (Tex. App.—Fort Worth Sept. 19, 2013, no pet.) (mem. op.). Because we have not received any response showing that Carter holds and is asserting a meritorious claim as to current, actual possession of the premises, we grant Village Capital's motion and dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a); *Marshall*, 198 S.W.3d at 790; *Wigenton v. Housing Auth. of City of Dallas*, No. 05-13-01172-CV, 2014 WL 1018651, at *1 (Tex. App.—Dallas Mar. 17, 2014, no pet. h.) (mem. op.).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: April 10, 2014

2